Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> ALEXANDER PAUL SCHAIBLY, <br><br> Defendant. | Docket Number: 6:18-MJ-0006-JDP <br><br> **MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

    The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for July 10, 2019. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on June 26, 2018. A final review hearing is scheduled for May 5, 2020.

.

Dated: June 2, 2019                  /S/ Susan St. Vincent
                                                    Susan St. Vincent
                                                    Legal Officer
                                                    Yosemite National Park

1

## ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for July 10, 2019 in the above referenced matter, *United States v. Schaibly, 6:18-MJ-0006-JDP*, be vacated.

IT IS SO ORDERED.

Dated:   July 3, 2019

UNITED STATES MAGISTRATE JUDGE