HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
NICHOLAS LEE SCHAIBLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(YOSEMITE DIVISION)

| UNITED STATES OF AMERICA, | ) | Case No. 6:18-mj-00006-MJS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO VACATE REVIEW HEARING |
| v. | ) ) | Date: July 10, 2019 |
| NICHOLAS LEE SCHAIBLY, | ) ) | Time: 10:00 a.m. Judge: Hon. Jeremy D. Peterson |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, SUSAN ST. VINCENT, Legal Officer, and CHRISTINA SINHA, Assistant Federal Defender, attorney for NICHOLAS SCHAIBLY, that the review hearing currently set for July 10, 2019 may be vacated.

Mr. Schaibly has completed all of the requirements of his unsupervised probation; specifically, he has paid his $490 fine, paid his $10 special assessment, and completed and submitted proof of completion of 150 hours of community service.

Accordingly, the parties respectfully request that the Court vacate the July 10, 2019 review hearing.

/

//

///

-1-

////

DATED: July 02, 2019							Respectfully submitted,

								HEATHER WILLIAMS
								Federal Defender

								*/s /Christina Sinha*
								CHRISTINA SINHA
								Assistant Federal Defender
								Attorneys for Defendant
								NICHOLAS SCHAIBLY


Dated: July 02, 2019


								*/s/ Christina Sinha for*
								SUSAN ST. VINCENT
								Legal Officer

## **ORDER**

The July 10, 2019 review hearing scheduled in *United States v. Nicholas Lee Schaibly*, 18-mj-00006, is canceled.

IT IS SO ORDERED.


Dated: July 3, 2019
								UNITED STATES MAGISTRATE JUDGE