Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>NICHOLAS LEE SCHAIBLY,<br>ALEXANDER PAUL SCHAIBLY,<br>JOSHUA WILSON FISHER<br><br>Defendant. | Docket Number:  6:18-mj-0006-JDP<br><br>**MOTION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; AND ORDER THEREON** |

The United States, by and through its representative, Sean O. Anderson hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for May 5, 2020 and terminate probation. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on July 10, 2018.

    .

    Dated:  April 29, 2020                    /S/ Sean O. Anderson
                                                        Sean O. Anderson
                                                        Acting Legal Officer
                                                        Yosemite National Park

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for May 5, 2020 in the above-referenced matter, *United States v. Schaibly, Schaibly, and Fisher*, 6:18-mj-0006-JDP, be vacated and probation terminated.

IT IS SO ORDERED.

Dated:   April 30, 2020                                  _____
                                                                              UNITED STATES MAGISTRATE JUDGE